# United States Court of Appeals
## For the First Circuit

No. 08-1880

IN RE: GRAND JURY

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2009 is amended as follows:

On p. 27, footnote 13, line 2:  Replace "note 1," with "note 12,".